STATE OF CONNECTICUT *v.* HERIBERTO M.

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 635 (AC 28795), is denied.

*Aaron J. Romano*, special public defender, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided October 14, 2009

ANTHONY SHELTON *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Shelton's petition for certification for appeal from the Appellate Court, 116 Conn. App. 867 (AC 29377), is denied.

*Michael Oh*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided October 14, 2009

IN RE ELYSA D. ET AL.

The petition by the respondent father for certification for appeal from the Appellate Court, 116 Conn. App. 254 (AC 29555), is denied.

*David V. DeRosa*, in support of the petition.

*Karen J. Greenberg*, in opposition.

Decided October 14, 2009